UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTOINETTE H. JOHNSON,

    Plaintiff,                                      Case No. 1:14-cv-1041

v                                                  HON. JANET T. NEFF

PATRICK R. DONAHOE,

    Defendant.
_____/

**OPINION AND ORDER**

       Plaintiff, proceeding pro se, initiated the present action against Defendant Patrick Donahoe, the Postmaster General of the United States Postal Service (USPS).  On December 5, 2014, Defendant filed a Motion to Dismiss (Dkt 4), arguing that Plaintiff's complaint is barred as untimely and that it additionally fails to state a claim on which relief can be granted.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (R&R, Dkt 11), recommending that this Court grant Defendant's motion and dismiss this action.

       Plaintiff has filed a purported "objection" to the Report and Recommendation (Dkt 12), but she fails to address, let alone present any substantive challenge to, the Magistrate Judge's findings and recommendation.  *See* W.D. Mich. LCivR 72.3(b) (requiring an objecting party to "specifically identify the portions of the proposed findings, recommendations or report to which objections are made and the basis for such objections").  Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b)(3), the Court denies the objection and adopts the Magistrate Judge's Report and Recommendation as the Opinion of this Court.  Further, a Judgment will be entered consistent with this Opinion and Order.  *See* FED. R. CIV. P. 58.

Therefore:

**IT IS HEREBY ORDERED** that Plaintiff's Objections (Dkt 12) are DENIED, and the Report and Recommendation (Dkt 11) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss (Dkt 4) is GRANTED, and Plaintiff's Complaint (Dkt 1) is DISMISSED.

Date: September 18, 2015

/s/ Janet T. Neff
JANET T. NEFF
United States District Judge